# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JEANES-KEMP, LLC,**                          **PLAINTIFF**

**V.**                          **CASE NO.: 1:09-CV-723-DCB-JMR**

**JOHNSON CONTROLS, INC., ET AL.**                          **DEFENDANT**

## ORDER GRANTING MOTION TO SEAL EXHIBIT "A" TO DEFENDANT JOHNSON CONTROLS, INC.'S SUPPLEMENTAL EXPERT DESIGNATION OF ROBERT L. CROOK, II

Before the Court is Defendant Johnson Controls, Inc.'s ("JCI") *Motion to Seal Exhibit "A" to Defendant Johnson Controls, Inc.'s Supplemental Expert Designation of Robert L. Crook, II* [Doc. No. 308]. Having considered the motion, and being otherwise fully advised in the premises, the Court FINDS that:

1. Defendant JCI's *Motion to Seal Exhibit "A" to Defendant Johnson Controls, Inc.'s Supplemental Expert Designation of Robert L. Crook, II* [Doc. No. 308-1] is well-taken and should be granted.

It is, therefore, ORDERED AND ADJUDGED that:

2. The Supplemental Expert Report of Mr. Crook, which is Exhibit "A" to *Defendant Johnson Controls, Inc.'s Supplemental Expert Designation of Robert L. Crook, II*, should be filed conventionally, under seal, with the clerk of court.

SO ORDERED, this __16th__ day of September, 2011.

                                                 s/ David Bramlette
                                                 UNITED STATES DISTRICT JUDGE