```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION
```

JEANES-KEMP, LLC                                        PLAINTIFF

VS.                     CIVIL ACTION NO. 1:09-cv-723(DCB)(JMR)

JOHNSON CONTROLS, INC.                                  DEFENDANT

                         FINAL JUDGMENT

   This cause having come on for trial without a jury on September 19-21, 2011; and the Court having heard all the evidence, and having issued its findings of fact and conclusions of law in a bench opinion of even date herewith; and the Court having found in favor of the defendant as to all claims, as set forth in said bench opinion; accordingly,

   IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for the defendant, and all of the plaintiff's claims are dismissed with prejudice.

   SO ORDERED, this the 23rd day of February, 2012.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE