IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


JEANES-KEMP, LLC                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 1:09-cv-723(DCB)(JMR)

JOHNSON CONTROLS, INC.                                             DEFENDANT


ORDER

This cause having come before the Court on the plaintiff Jeanes-Kemp, LLC's motion for leave to file additional pages to its reply memorandum regarding its motion to amend findings of fact and conclusions of law, and the plaintiff having filed its reply memorandum simultaneously with its motion, and there being no objection by the defendant,

IT IS HEREBY ORDERED that the plaintiff's motion for leave to file additional pages **(docket entry 334)** is GRANTED.

This, the 16th day of May, 2012.


                                        /s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE